DISMISS: Opinion filed October 2, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-00598-CV

---

**RINGO DRILLING I, L.P., Appellant**

**V.**

**VICTORY DRILLING, INC., Appellee**

---

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-14896**

---

## MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers
Opinion By Justice O'Neill

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that the accelerated appeal is now moot. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

MICHAEL J. O'NEILL
JUSTICE

120598F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RINGO DRILLING I, L.P., Appellant

No. 05-12-00598-CV     V.

VICTORY DRILLING, INC., Appellee

Appeal from the 95th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-11-14896).
Opinion delivered by Justice O'Neill, Justices FitzGerald and Lang-Miers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Victory Drilling, Inc., recover its costs of the appeal from appellant, Ringo Drilling I, L.P.

Judgment entered October 2, 2012.

MICHAEL J. O'NEILL
JUSTICE